## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF WEST VIRGINIA

ELECTRONICALLY FILED
08/04/2025
U.S. DISTRICT COURT
Northern District of WV

**NOVO NORDISK A/S AND NOVO NORDISK INC.,**

**Plaintiffs,**

**v.**

**Revive U LLC,**

**Defendant.**

Case No. _____1:25-CV-77 (Kleeh)_____

## COMPLAINT

Plaintiffs Novo Nordisk A/S ("NNAS") and Novo Nordisk Inc. ("NNI") (collectively, "Plaintiffs" or "Novo Nordisk") file their complaint against Revive U, LLC ("Defendant") for false advertising and unfair and deceptive trade practices, and seek monetary, injunctive and other relief.   Plaintiffs allege as follows, on actual knowledge with respect to themselves and their own acts, and on information and belief as to all other matters.

## INTRODUCTION

1.      Novo Nordisk is a healthcare company with a 100-year history of innovation in developing medicines to treat chronic diseases like diabetes and obesity.

2.      The development of semaglutide is an example of Novo Nordisk's commitment to innovation for those living with chronic diseases.   Semaglutide is the foundational molecule that serves as the primary ingredient for Novo Nordisk's three prescription-only medicines approved by the Food and Drug Administration ("FDA"):  Ozempic® (semaglutide) injection and Rybelsus® (semaglutide) tablets for adults with type 2 diabetes and Wegovy® (semaglutide) injection for chronic weight management.

3.      Novo Nordisk is the only company in the United States with FDA-approved medicines containing semaglutide.

4.      Novo Nordisk is also the only company authorized to identify its FDA-approved semaglutide medicines using the trademarks Ozempic®, Wegovy®, and Rybelsus®.

5.      The FDA has not approved any generic versions of semaglutide medicines.  To the contrary, the FDA has sent warning letters to companies that have claimed that their unapproved products have the "same active ingredient as Ozempic, Rybelsus, and Wegovy," noting that Ozempic and Wegovy are the only "two injectable semaglutide products FDA-approved for the U.S. market."[1]

6.      This is an action brought pursuant to the Lanham Act, 15 U.S.C. §§ 1051 et seq., arising out of Defendant's acts of false advertising and unfair and deceptive trade practices.

7.      Defendant markets and sells to patients compounded drug products that purport to contain semaglutide.

8.      Even though such compounded drug products have not been evaluated by the FDA for their safety, effectiveness, or quality, Defendant represents to patients that its products are FDA-approved or the same as, or equivalent to, Novo Nordisk's FDA-approved semaglutide medicines.

9.      Defendant's conduct is likely to confuse and deceive patients into mistakenly believing that they are purchasing medicines that have been evaluated by the FDA, studied in clinical trials, and deemed safe and effective.

---

[1] FDA – Warning Letter to Ozempen.com, MARCS-CMS 684435 — JUNE 24, 2024, https://www.fda.gov/inspections-compliance-enforcement-and-criminal-investigations/warning-letters/ozempencom-684435-06242024#:~:text=WARNING%20LETTER&text=As%20discussed%20below%2C%20FDA%20has,new%20drugs%20and%20misbranded%20drugs.

**THE PARTIES**

10.     Plaintiff NNAS is a corporation organized and existing under the laws of the Kingdom of Denmark and has its principal place of business in Bagsværd, Denmark.

11.     Novo Nordisk developed the Ozempic®, Wegovy®, and Rybelsus® medicines.

12.     NNAS has granted to NNI exclusive rights to market, advertise, promote, offer for sale, and sell Ozempic®, Wegovy®, and Rybelsus® medicines in the United States.

13.     NNI is a corporation organized and existing under the laws of Delaware and has its principal place of business in Plainsboro, New Jersey.

14.     NNI promotes, offers, and sells Novo Nordisk's Ozempic®, Wegovy®, and Rybelsus® medicines throughout the United States, including in this District.

15.     Defendant Revive U is a Limited Liability Corporation with a registered business address at 14 Evergreen Drive, Bridgeport, West Virginia, 26330, in this judicial district.

16.     Defendant sells and promotes compounded drug products that purport to contain semaglutide, but that have not been approved by the FDA ("Unapproved Compounded Drugs").

17.     Defendant falsely claims or otherwise misleadingly suggests that its Unapproved Compounded Drugs are the same as or equivalent to the Ozempic®, Wegovy®, and Rybelsus® medicines.

**JURISDICTION AND VENUE**

18.     The Court has subject matter jurisdiction over the Lanham Act causes of action pleaded herein pursuant to 35 U.S.C. § 1121 and 28 U.S.C. § 1338(a).

19.     Defendant is subject to personal jurisdiction in this District because Defendant is a West Virginia-registered limited liability company and has a principal place of business in West Virginia.

20.    Venue is proper in this District pursuant to 28 U.S.C. § 1391 because Defendant operates in this District, manufactures or sells its compounded drug products that purport to contain semaglutide in this District, and otherwise conducts business in this District.

## NOVO NORDISK'S FDA-APPROVED SEMAGLUTIDE MEDICINES AND OZEMPIC®, WEGOVY®, AND RYBELSUS® TRADEMARKS

21.    Plaintiffs use the trademarks "Ozempic," "Wegovy," and "Rybelsus" to identify and promote the FDA-approved Ozempic®, Wegovy®, and Rybelsus® medicines.  The Ozempic®, Wegovy®, and Rybelsus® medicines are sold and marketed in the United States by NNAS's indirect, wholly-owned subsidiary, NNI.

22.    Ozempic® is indicated for adults with type 2 diabetes to improve blood sugar (glucose), along with diet and exercise.  The Ozempic® medicine also lowers the risk of major cardiovascular events such as stroke, heart attack, or death in adults with type 2 diabetes and known heart disease, as well as the risk of kidney disease worsening, kidney failure (end-stage kidney disease) and death from cardiovascular disease in adults with type 2 diabetes and chronic kidney disease.

23.    Wegovy® is indicated to reduce excess body weight and maintain weight reduction long term in obese adults and children aged ≥ 12 years, and some adults with weight-related medical problems, along with a reduced calorie diet and increased physical activity.

24.    Wegovy® is also indicated, with a reduced calorie diet and increased physical activity, to reduce the risk of adverse cardiovascular events such as "cardiovascular" death, heart attack, or stroke in adults with known heart disease and who are either obese or overweight.

25.    Rybelsus® is indicated for adults with type 2 diabetes to improve blood sugar (glucose), along with diet and exercise.

26.     Ozempic®, Wegovy®, and Rybelsus® have been studied in clinical trials and are FDA-approved.

27.     Each of the Ozempic®, Wegovy®, and Rybelsus® medicines has a unique safety and efficacy profile which is set forth in its respective product label.

28.     The Ozempic®, Wegovy®, and Rybelsus® medicines are prescription-only medicines that should only be prescribed in direct consultation with, and under the supervision of, a licensed healthcare professional.

## DEFENDANT'S SALE OF UNAPPROVED COMPOUNDED DRUGS

29.     Novo Nordisk does not sell its FDA-approved semaglutide medicines, Ozempic®, Wegovy®, and Rybelsus®, to Defendant for resale or redistribution.

30.     Defendant markets and sells to patients Unapproved Compounded Drugs that purport to contain semaglutide.

31.     The FDA has not approved Defendant's Unapproved Compounded Drugs.

32.     On information and belief, the Unapproved Compounded Drugs sold by Defendant are made by compounding pharmacies, which deliver them either directly to patients or to Defendant for administration or dispensing to patients.

33.     According to the FDA, compounding is a "practice in which a licensed pharmacist, a licensed physician, or, in the case of an outsourcing facility, a person under the supervision of a licensed pharmacist, combines, mixes, or alters ingredients of a drug to create a medication tailored to the needs of an individual patient."[2]

_____

[2] Human Drug Compounding, https://www.fda.gov/drugs/guidance-compliance-regulatory-information/human-drug-compounding.

34.    According to the FDA, "[c]ompounded drugs are not FDA-approved.  This means that FDA does not review these drugs to evaluate their safety, effectiveness, or quality before they reach patients."[3]

35.    The FDA has further stated that compounded drugs "do not have the same safety, quality, and effectiveness assurances as approved drugs.  Unnecessary use of compounded drugs unnecessarily exposes patients to potentially serious health risks."[4]

36.    As the FDA has explained, "[c]ompounded drugs pose a higher risk to patients than FDA-approved drugs because compounded drugs do not undergo FDA premarket review for safety, quality or effectiveness.  Compounded drugs should only be used for patients whose medical needs cannot be met by an available FDA-approved drug."[5]

37.    The process used to produce most "semaglutide" used in compounding is fundamentally different from the process used to produce the semaglutide in Novo Nordisk's FDA-approved medicines.  Novo Nordisk manufactures the semaglutide in its medicines, pursuant to its FDA approval, in yeast cells under a closely controlled multistep process that uses recombinant DNA technology.   Most compounded "semaglutide," however, uses a "semaglutide" manufactured via chemical synthesis.  The chemical synthesis process, which is not used for the semaglutide in any FDA-approved semaglutide medicines, has resulted in new impurities, higher

---

[3] Compounding Laws and Policies, https://www.fda.gov/drugs/human-drug-compounding/compounding-laws-and-policies.

[4] Compounding and the FDA: Questions and Answers, https://www.fda.gov/drugs/human-drug-compounding/compounding-and-fda-questions-and-answers.

[5] FDA Alerts Health Care Providers, Compounders and Patients of Dosing Errors Associated with Compounded Injectable Semaglutide Products, https://www.fda.gov/drugs/human-drug-compounding/fda-alerts-health-care-providers-compounders-and-patients-dosing-errors-associated-compounded?utm_medium=email&utm_source=govdelivery.

levels of known impurities, immunogenicity concerns, and potential stability issues in tested samples of compounded "semaglutide."[6]

38.     The FDA has received reports of adverse events, some requiring hospitalization, related to overdoses from dosing errors associated with compounded "semaglutide" products.[7]  In several instances, patients mistakenly administered five to 20 times more than the intended dose of compounded "semaglutide."

39.     The FDA has stated that the containers and packaging (including multidose vials) used by compounders, the varying product concentrations, and the instructions accompanying the compounded drug contribute to the potential medical errors.

40.     A publication from the Journal of the American Pharmacists Association also highlighted errors where patients accidentally self-administered doses of compounded "semaglutide" up to ten times greater than the intended amount.[8]

41.     FDA has issued guidance on its "Concerns with Unapproved GLP-1 Drugs Used for Weight Loss," which provides that:  (1) "compounded drugs are not FDA-approved"; (2) use of compounded drugs containing "semaglutide" "can be risky for patients, as unapproved versions do not undergo FDA's review for safety, effectiveness and quality"; and (3) "FDA has received reports of adverse events related to compounded versions of semaglutide . . . .  However, federal

---

[6] Morten Hach *et al*, Impact of Manufacturing Process and Compounding on Properties and Quality of Follow-On GLP-1 Polypeptide Drugs, Pharm. Res., (Oct. 8, 2024), *available at* https://pubmed.ncbi.nlm.nih.gov/39379664/.

[7] FDA Alerts Health Care Providers, Compounders and Patients of Dosing Errors Associated with Compounded Injectable Semaglutide Products, https://www.fda.gov/drugs/human-drug-compounding/fda-alerts-health-care-providers-compounders-and-patients-dosing-errors-associated-compounded.

[8] Joseph E. Lambson et al, *Administration Errors of Compounded Semaglutide Reported to a Poison Control Center—Case Series*, 63 J. Am. Pharmacists Assc'n 5 (2023), available at https://www.japha.org/article/S1544-3191(23)00231-5/abstract.

law does not require state-licensed pharmacies that are not outsourcing facilities to submit adverse events to FDA so it is likely that adverse events from compounded versions of these drugs are underreported."[9]

## DEFENDANT'S FALSE ADVERTISING IN CONNECTION WITH ITS SALE OF UNAPPROVED COMPOUNDED DRUGS

42.    Despite the foregoing, Defendant has made and continues to make false and misleading representations to patients regarding the nature of its Unapproved Compounded Drugs.

43.    Defendant has falsely advertised and continues to falsely advertise its Unapproved Compounded Drugs by making statements that describe Ozempic®, Wegovy®, and Rybelsus®  but that are false or misleading when in reference to Defendant's Unapproved Compounded Drugs.

44.    These false and misleading representations are presented below and in the attached **Exhibit A.**

45.    Defendant has claimed or implied and continues to claim or imply that its Unapproved Compounded Drugs have been approved by the FDA or have been reviewed by the FDA for safety, effectiveness, and quality.

46.    On its website, Defendant claims that "Semaglutide is a FDA approved weight loss medication that works by helping you to feel full, reducing cravings and increasing the amount of energy your body uses."

---

[9] FDA's Concerns with Unapproved GLP-1 Drugs Used for Weight Loss, https://www.fda.gov/drugs/postmarket-drug-safety-information-patients-and-providers/fdas-concerns-unapproved-glp-1-drugs-used-weight-loss.



## SEMAGLUTIDE

Semaglutide is a FDA approved weight loss medication that works by helping you to feel full, reducing cravings and increasing the amount of energy your body uses. It is a once-weekly injectable medication that helps you lose weight and keep it off. Semaglutide has been clinically proven to help you lose up to 20% of your body weight, and it can be taken as part of a comprehensive weight loss program. With Semaglutide, you can finally take control of your weight and start your journey to a healthier lifestyle.

47.    Defendant also states on its Facebook page that it offers "FDA Approved" "Semaglutide Weight Loss Treatments."



48.     These statements are false and misleading.

49.     First, the FDA approves only complete medications, not molecules like semaglutide.

50.     Second, the FDA has not evaluated, let alone approved as safe and effective, Defendant's Unapproved Compounded Drugs.

51.     Defendant has claimed or implied and continues to claim or imply that its Unapproved Compounded Drugs have been subjected to clinical studies and trials, or have otherwise achieved therapeutic outcomes attributable to the Wegovy®, Ozempic®, and Rybelsus® medicines.

52.    On its website, Defendant states:  "Semaglutide has been clinically proven to help you lose up to 20% of your body weight."

53.    On its Facebook page, Defendant states:  "Clinical trials show a 10-20% reduction of baseline body weight."



RevIVeU · Follow
January 18, 2024 · 🌐

I will be in the office today January 18th from 3:30-7. Come in for Semaglutide or a Myers Cocktail!!!

💉Semaglutide starting at $200 for new clients!!!

💧The flu season is here!!!  Come in to boost your immune system with a Myers Cocktail Infusion starting at $130.

💬Message or book now to schedule an appointment for Semaglutide or IV hydration.

Make sure to bring in referrals for 10% off your next service!

If Tuesday or Thursday doesn't work for your schedule to pick up Semaglutide, 💬 message and we can make other arrangements!

OUR prices are under the SUN ☀️ Come SEE 👀 for yourself and bring a friend!!!
Please like and share!!!
www.reviveustat.com



# WHAT IS SEMAGLUTIDE?

This GLP-1 agonist is a once weekly injection that helps regulate blood sugar, delays stomach emptying, and suppresses appetite. Clinical trials showed a 10-20% reduction of baseline body weight.

👍 4                                    3 comments  2 shares

👍 Like            💬 Comment            ↪ Share

54.     Defendants' claims about clinical trials are false and misleading.

55.     The studies cited by Defendant refer to Novo Nordisk's medications,[10] not to Defendant's Unapproved Compounded Drugs.

56.     Plaintiffs have not been able to locate in public records, and on information and belief there have not been any, clinical trials conducted on Defendant's Unapproved Compounded Drugs.

57.     Further, no results of any Novo Nordisk study can be attributed to Defendant's Unapproved Compounded Drugs, including because of the material differences between the chemical synthesis process and the manufacturing process used for Novo Nordisk's FDA-approved medicines.

58.     Defendant has claimed or implied and continues to claim or imply that its Unapproved Compounded Drugs contain the same semaglutide that the FDA evaluated in the context of reviewing and approving Novo Nordisk's new drug applications for the Wegovy®, Ozempic®, and Rybelsus® medicines.

59.     Defendant has falsely and misleadingly implied and continues to falsely and misleadingly imply that its Unapproved Compounded Drugs are "generic" versions of the Ozempic®, Wegovy®, and Rybelsus® medicines.

60.     In a Facebook post, defendant advertises:  "Semaglutide, also known by its brand name Wegovy or Ozempic, is an FDA-approved once-weekly subcutaneous (under the skin) diet

---

[10] *See* "Novo Nordisk reports weight loss of 14.9% (16.9% if taken as intended) in STEP 1 trial," Novo Nordisk (June 4, 2020), https://www.novonordisk.com/content/nncorp/global/en/news-and-media/news-and-ir-materials/news-details.html?id=280 (reporting on 68-week clinical trial); "Novo Nordisk A/S: Oral semaglutide 50 mg achieved 15.1% weight loss (17.4% if all people adhered to treatment) in adults with obesity or overweight in the OASIS 1 trial," Novo Nordisk (May 22, 2023), https://www.novonordisk.com/news-and-media/news-and-ir-materials/news-details.html?id=166110.

weight loss injection."  The post continues:  "In June 2021, semaglutide under the brand name Wegovy was FDA approved for long-term weight loss."



61.     These statements are false and misleading.

62.     The FDA has not approved any generic versions of semaglutide medicines.

63.     By stating that "Semaglutide" is also known by the "brand name" "Ozempic" or "Wegovy," Defendant falsely and misleadingly advertises to patients that Defendant's Unapproved Compounded Drugs are medically equivalent to—and an FDA-approved generic version of—the Ozempic® and Wegovy® medicines.

64.

65.     On information and belief, Defendant has engaged in and continues to engage in these unlawful practices to attract customers and generate revenues and profits.

66.     Defendant has promoted and continues to promote its Unapproved Compounded Drugs in connection with its operation and advertisement of "Semaglutide Weight Loss Treatment," including on its website and in its social media.

67.     Defendant's labels, advertising, and promotional materials are false and misleading, suggesting an association with the semaglutide contained in Plaintiffs' FDA-approved Ozempic®, Wegovy®, and Rybelsus® medicines when no such association exists.

68.     Defendant's false and misleading statements and practices are likely to have already caused mistake and deception in the marketplace.

69.     Defendant's false and misleading marketing is also likely to expose patients to unnecessary risks. Patients who mistakenly believe Defendant to be offering Novo Nordisk's FDA-approved medicines, or equivalent thereto, are unlikely to understand the unique risks associated with, or the lack of clinical trials or testing establishing the safety and effectiveness of, Defendant's Unapproved Compounded Drugs.[11]

70.     On information and belief, unless enjoined by this Court, Defendant will continue to falsely advertise its products as being, equivalent to, or associated with the Ozempic®, Wegovy®, and Rybelsus® medicines, all in violation of Plaintiffs' rights.

---

[11] *See, e.g.*, Dozens Say They Lost Eyesight After Routine Surgery Using Compounded Pharmacy Drugs, WFAA, https://www.wfaa.com/article/news/do-not-publish-yet/287-5f002ed3-e110-4063-9959-a2e5f54b5097 (reporting mistaken belief of patient taking a compounded drug that "every pill you take, every shot you take is tested."); FDA Alerts Health Care Providers, Compounders and Patients of Dosing Errors Associated with Compounded Injectable Semaglutide Products, https://www.fda.gov/drugs/human-drug-compounding/fda-alerts-health-care-providers-compounders-and-patients-dosing-errors-associated-compounded?utm_medium=email&utm_source=govdelivery ("Compounded drugs pose a higher risk to patients than FDA-approved drugs because compounded drugs do not undergo FDA premarket review for safety, quality or effectiveness.").

71.    On information and belief, unless enjoined by this Court, Defendant's conduct will continue to cause mistake and deception.

## CAUSE OF ACTION

**Defendant's False and Misleading Advertising and Promotion
in Violation of 15 U.S.C. § 1125(a)(1)(B)**

72.    Plaintiffs reallege and incorporate each of the allegations in the preceding paragraphs of this Complaint as though fully set forth here.

73.    Defendant's practices, as described in this Complaint, constitute unfair competition and false advertising in violation of Section 43(a)(1)(B) of the Lanham Act, 15 U.S.C. § 1125(a)(1)(B).

74.    Defendant has violated and continues to violate the Lanham Act by using false or misleading descriptions of fact and false or misleading representations of fact in its commercial advertising or promotion that misrepresent the nature, characteristics, and qualities of Defendant's business practices and products, as set forth above.

75.    Defendant has also engaged and continues to engage in other false or misleading advertising and promotion intended to assure patients that Defendant's practices are lawful.  On information and belief, Defendant provides patients who purchase Defendant's Unapproved Compounded Drugs (or whom Defendant is trying to persuade to purchase its drugs) information that makes several false or misleading statements, including those described herein and in the exhibit attached hereto.

76.    The above-described acts of Defendant, if not enjoined by this Court, are likely to deceive members of the general public.

77.    The above-described acts of Defendant have irreparably harmed and, if not enjoined, will continue to irreparably harm Plaintiffs.

78.     The above-described acts of Defendant have irreparably harmed and, if not enjoined, will continue to irreparably harm the interest of the public in being free from confusion, mistake, and deception.

79.     By reason of Defendant's acts as alleged above, Plaintiffs have suffered and will continue to suffer injuries, including injury to Plaintiffs' business reputation.

80.     Because Plaintiffs' remedies at law are not adequate to compensate for all the injuries inflicted by Defendant, Plaintiffs are entitled to entry of preliminary and permanent injunctive relief requiring Defendant to cease its false and misleading advertising and promotion and unfair competitive practices.

81.     Because the above-described acts of Defendant are willful, Plaintiffs are entitled to disgorgement of defendant's profits (enhanced at the Court's discretion), treble damages, and costs under 15 U.S.C. § 1117.

82.     This is an exceptional case, making Plaintiffs eligible for an award of attorneys' fees under 15 U.S.C. § 1117.

## REQUEST FOR RELIEF

WHEREFORE, Plaintiffs request judgment against Defendant as follows:

1.      That the Court enter a judgment against Defendant that Defendant has engaged in false and misleading advertising and promotion, in violation of 15 U.S.C. § 1125(a).

2.      That the Court declare that each of the above acts was willful.

3.      That the Court preliminarily and permanently enjoin and restrain Defendant and its agents, servants, employees, successors, and assigns, and all other persons acting in concert with or in conspiracy with or affiliated with Defendant, from:

        a.  using the Ozempic®, Wegovy®, and Rybelsus® marks, including (i) use in any
            manner likely to cause confusion or mistake, to deceive, or otherwise infringe

Novo Nordisk's rights in those marks, or (ii) use in connection with the advertising, marketing, sale, or promotion of any Unapproved Compounded Drugs; and,

b.  advertising, stating, or suggesting that any Unapproved Compounded Drugs, including any Unapproved Compounded Drugs that either are available, directly or indirectly, from or through Defendant or the use of which or access to which is facilitated by, or with the involvement of, Defendant:

    i.  are, or contain, genuine or authentic Novo Nordisk Ozempic®, Wegovy®, or Rybelsus® medicines;

    ii.  are sponsored by or associated with Novo Nordisk;

    iii.  are approved by the FDA; have been reviewed by the FDA for safety, effectiveness, or quality; or have been demonstrated to the FDA to be safe or effective for their intended use;

    iv.  achieve or have been shown or proven to achieve therapeutic results, effects, or outcomes, including but not limited to by relying on or making reference to clinical trial results for Novo Nordisk's medicines;

    v.  achieve or have been shown or proven to achieve therapeutic results, effects, or outcomes similar or identical to Novo Nordisk's medicines or are interchangeable with or equivalent to genuine Novo Nordisk medicines;

    vi.  are associated or connected in any way with Novo Nordisk or Novo Nordisk's medicines; or

17

      vii.   contain any ingredient (including semaglutide) that is supplied by Novo Nordisk, is approved by the FDA, or is the same as any ingredient in any Novo Nordisk medicine.

    c.   engaging in unfair and deceptive trade practices with respect to Novo Nordisk's Ozempic®, Wegovy®, or Rybelsus® medicines; and

    d.   engaging in deceptive acts or practices with respect to Novo Nordisk's Ozempic®, Wegovy®, or Rybelsus® medicines.

4.    That the Court require Defendant to disclose conspicuously and prominently in any public-facing materials for any Unapproved Compounded Drugs, including all advertising, marketing, and promotional materials, that:   (a) the Unapproved Compounded Drugs are compounded drugs that have not been approved by the FDA; have not been reviewed by the FDA for safety, effectiveness, or quality; and have not been demonstrated to the FDA to be safe or effective for their intended use; (b) the processes by which the compounded drugs are manufactured have not been reviewed by the FDA; and (c) FDA-approved medicines containing semaglutide are available.

5.    That the Court award Plaintiffs monetary relief in the form of disgorgement of Defendant's profits for Defendant's false advertising and unfair and deceptive trade practices with respect to Novo Nordisk's Ozempic®, Wegovy®, or Rybelsus® medicines and that this monetary relief be trebled due to Defendant's willfulness, in accordance with 15 U.S.C. § 1117 and any applicable state laws.

6.    That the Court award disgorgement to Plaintiffs of Defendant's profits resulting from Defendant's unfair and deceptive trade practices with respect to Novo Nordisk's Ozempic®, Wegovy®, or Rybelsus® medicines.

7.    That the Court order Defendant to account for and disgorge to Plaintiffs all amounts by which Defendant has been unjustly enriched by reason of Defendant's unlawful actions with respect to Novo Nordisk's Ozempic®, Wegovy®, or Rybelsus® medicines.

8.    That the Court award Plaintiffs pre-judgment and post-judgment interest on all damages.

9.    That the Court award Plaintiffs their reasonable attorneys' fees pursuant to 15 U.S.C. § 1117 and any other applicable provision of law.

10.    That the Court award Plaintiffs the costs of suit incurred herein.

11.    That the Court grant such other or further relief as the Court may deem just and proper.

Dated: August 4, 2025

*Attorneys for Plaintiffs*
*NOVO NORDISK A/S and*
*NOVO NORDISK INC.*

*/s/Jeffrey M. Wakefield*
Jeffrey M. Wakefield (WV Bar No. 3894)
L. Elizabeth King, Esq. (WV Bar No. 14268)
FLAHERTY SENSABAUGH BONASSO PLLC
200 Capitol Street
Charleston, WV 25301
Tel.: (304) 345-0200
jwakefield@flahertylegal.com

# EXHIBIT A

# Semaglutide

Semaglutide is a FDA approved weight loss medication that works by helping you to feel full, reducing cravings and increasing the amount of energy your body uses. It is a once-weekly injectable medication that helps you lose weight and keep it off. Semaglutide has been clinically proven to help you lose up to 20% of your body weight, and it can be taken as part of a comprehensive weight loss program. With Semaglutide, you can finally take control of your weight and start your journey to a healthier lifestyle.

## Understanding Semaglutide

Semaglutide is an FDA-approved medication specifically designed for adult weight management. It works by mimicking the hormone GLP-1's effect's. This hormone is responsible for controlling a person's appetite and food intake.  Semaglutide makes it easier for people to stick to a healthy diet because they'll be less likely snack out of boredom.

## Understanding Semaglutide

Semaglutide is an FDA-approved medication specifically designed for adult weight management. It works by mimicking the hormone GLP-1's effect's. This hormone is responsible for controlling a person's appetite and food intake.  Semaglutide makes it easier for people to stick to a healthy diet because they'll be less likely snack out of boredom.

When you first start your treatment, you'll recieve a low dose of the medication.  Over 16-20 weeks, we'll slowly increase your dose until you reach you goal appetite suppression.  On average, semaglutide patients lose 15% of their body weight.

Remember that semaglutide isn't a standalone treatment.  Besides practicing a healthy lifestyle, you must commit to at least three months of treatment to get noteworthy results.  We'll schedule regular visits to deliver weekly injections and monitor your progress.



## SEMAGLUTIDE

Semaglutide is a FDA approved weight loss medication that works by helping you to feel full, reducing cravings and increasing the amount of energy your body uses. It is a once-weekly injectable medication that helps you lose weight and keep it off. Semaglutide has been clinically proven to help you lose up to 20% of your body weight, and it can be taken as part of a comprehensive weight loss program. With Semaglutide, you can finally take control of your weight and start your journey to a healthier lifestyle.



**RevIVeU · Follow**
March 28, 2024 · 🌐

···

🌟 Exciting News! 🌟 Discover the power of Semaglutide for effective weight loss at RevIVeU!!!!

I will be in the office today (Thursday, March 28th) from 3-6!!!

🔍 Did you know? Semaglutide isn't just for managing blood sugar levels – it's also a game-changer in the world of weight loss! 🎉

✅ EFFECTIVE: Semaglutide has been shown to help people shed pounds and maintain weight loss, making it a fantastic option for those looking to achieve their health goals.

✅ SAFE: Rest assured, Semaglutide is backed by rigorous clinical research and has a well-established safety profile, giving you peace of mind as you embark on your weight loss journey.

✅ CONVENIENT: At RevIVeU, we make getting Semaglutide hassle-free! Our expert team will guide you through the process and ensure you have everything you need to succeed.

Ready to take control of your weight and transform your life? Contact us today to learn more about how Semaglutide can help you achieve lasting results!!!

(304)-629-8790
www.reviveustat.com

#SemaglutideSuccess #WeightLossJourney #RevIVeUTransformation 🌟

👍❤️ 10                                                    4 comments   3 shares

        👍 Like                    💬 Comment                    ↪ Share





RevIVeU
March 26, 2024 · 🌐

‼️ APPOINTMENTS AVAILABLE TODAY ‼️

3:30-6:30 PM - BRIDGEPORT

TIRZEPATIDE & SEMAGLUTIDE WEIGHT LOSS TREATMENTS

START YOUR JOURNEY TO A HEALTHIER LIFESTYLE

www.reviveustat.com See less
— at Sozo Fitness.

👍 5

👍 Like        💬 Comment        ↪ Share

Write a comment...





RevIVeU
March 12 at 8:58 AM · 🌐

START YOUR WEIGHT LOSS JOURNEY WITH US AND NEVER LOOK BACK!

💉 FDA APPROVED WEIGHT LOSS INJECTIONS
Semaglutide & Tirzepatide Available!

✅ FREE Consultation ❌ NO Co-Pay ❌ NO Waiting

💻 BOOK ONLINE or 📩 MESSAGE US!

www.reviveustat.com #weightloss #wellness See less

👍 1

👍 Like        💬 Comment        ➤ Share

Write a comment...

 **RevIVeU**
February 28 at 11:26 AM · 🌐

❗ START YOUR WEIGHT LOSS JOURNEY WITH US ❗

✅ GLP-1 FDA Approved Weight Loss Program
✅ No Co-Pay, No Insurance Approval
✅ Free Consult - Start Your Journey Today

www.reviveustat.com  #weightloss #glp1 #freeconsult



👍 1

 Like           Comment           Share

 **RevIVeU** is in **Bridgeport, WV**.
February 26 at 8:02 AM · 🌐

✨Lose Weight with Confidence – FDA-Approved GLP-1 Injections!✨

Struggling with weight loss? Our Semaglutide & Tirzepatide injections offer a safe, effective solution—sourced exclusively from FDA-approved compounding pharmacies for your peace of mind.

✅ No consultation fees
✅ Expert guidance every step of the way
✅ Personalized support to help you reach your goals

Start your journey to a healthier you—safely and affordably! DM us to learn more or schedule your free consultation today online! www.reviveustat.com

#WeightLossJourney #GLP1 #Semaglutide #Tirzepatide #HealthyLiving





👍 1                                                        2 shares



 **RevIVeU** · Follow
January 18, 2024 · 🌐

I will be in the office today January 18th from 3:30-7. Come in for Semaglutide or a Myers Cocktail!!!

✏️Semaglutide starting at $200 for new clients!!!

💧The flu season is here!!!  Come in to boost your immune system with a Myers Cocktail Infusion starting at $130.

💬Message or book now to schedule an appointment for Semaglutide or IV hydration.

Make sure to bring in referrals for 10% off your next service!

If Tuesday or Thursday doesn't work for your schedule to pick up Semaglutide, 💬 message and we can make other arrangements!

OUR prices are under the SUN 🌞 Come SEE 👀 for yourself and bring a friend!!!
Please like and share!!!
**www.reviveustat.com**



# WHAT IS SEMAGLUTIDE?

This GLP-1 agonist is a once weekly injection that helps regulate blood sugar, delays stomach emptying, and suppresses appetite. Clinical trials showed a 10-20% reduction of baseline body weight.



👍 4

3 comments  2 shares

👍 Like          💬 Comment          ➤ Share

 RevIVeU · Follow
April 24, 2023 · 🌐

I will be in the Bridgeport office this Tuesday April 25th from 330pm-6pm.

***Now offering Semaglutide!!!  Please inquire about pricing and qualifications***

***LIPO B***

- Increases energy level and fights fatigue!
- Speeds up metabolism!
- Reinforces positive mood and mental clarity!

I charge $55 for a months supply with a two month commitment. 4 month max! Thank you!!!

***Don't forget about our Botox***

We are located inside of Sozo Fitness beside Big Lots. Once inside, I'm in the back right corner.
Please like and share!!!
Thank you!!!
JD



🖒 Like          💬 Comment          ↗ Share





RevMeU

December 19, 2023 · 

Hello All.... I'll be in the Bridgeport office today December '9th from 330-6. Please stop in so we can discuss Semaglutide!

What is semaglutide?
• Semaglutide, also known by its brand name Wegovy or Ozempic, is an FDA-approved once-weekly subcutaneous (under the skin) diet weight loss injection.
• Semaglutide has been around for many years to help diabetc patients control their blood sugar levels. Since diabetic patients started losing weight on semaglutide, it was studied to be used as a weight-loss injectable medication. In June 2021, semaglutide under the brand name Wegovy was FDA approved for long-term weight loss.
• Semaglutide is 94% similar to natural human glucagon-like peptide 1 (GLP-1), which decreases blood sugar levels in a glucose-dependent manner by nhancing the secretion of insulin. GLP-1 acts as a physiological regulator of appetite and thereby reducing food intake by reducing feelings of hunger and increasing feelings of fullness/satiety.

OUR prices are under the SUN 🌞 and OUR products are more REJUVENATING 💆 than others. Come SEE 👀 for yourself and bring a friend. See less



👍 2                                    1 ↗

👍 Like        💬 Comment        ↗ Share

Write a comment...